**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

LEROY FRAZIER, : No. 76 EM 2018
:
Petitioner :
:
:
:
v. :
:
:
:
THE COMMONWEALTH OF :
PENNSYLVANIA, :
:
Respondent :

**ORDER**

**PER CURIAM**

    **AND NOW**, this 4th day of September, 2018, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Habeas Corpus is DENIED.